## California State Amendatory Endorsement

**CONSUMER NOTICE CALIFORNIA**

1. The insurance policy that you have purchased or are applying to purchase is being issued by an insurer that is not licensed by the State of California. These companies are called "nonadmitted" or "surplus line" insurers.

2. The insurer is not subject to the financial solvency regulation and enforcement that apply to California licensed insurers.

3. The insurer does not participate in any of the insurance guarantee funds created by California law. Therefore, these funds will not pay your claims or protect your assets if the insurer becomes insolvent and is unable to make payments as promised.

4. The insurer should be licensed either as a foreign insurer in another state in the United States or as a non-United States (alien) insurer. You should ask questions of your insurance agent, broker, or "surplus line" broker or contact the California Department of Insurance at the following toll-free telephone number: 1-800-927-4357. Ask whether or not the insurer is licensed as a foreign or non-United States (alien) insurer and for additional information about the insurer. You may also contact the NAIC's internet website at www.naic.org.

**5.    Foreign insurers should be licensed by a state in the United States and you may contact that state's department of insurance to obtain more information about that insurer.**

**6.    For non-United States (alien) insurers, the insurer should be licensed by a country outside of the United States and should be on the NAIC's International Insurers Department (IID) listing of approved nonadmitted non-United States insurers. Ask your agent, broker, or "surplus line" broker to obtain more information about that insurer.**

**7.    California maintains a list of approved surplus line insurers.  Ask your agent or broker if the insurer is on that list, or view that list at the internet website of the California Department of Insurance:  <u>www.insurance.ca.gov</u>.**

**8.    If you, as the applicant, required that the insurance policy you have purchased be bound immediately, either because existing coverage was going to lapse within two business days or because you were required to have coverage within two business days, and you did not receive this disclosure form and a request for your signature until after coverage became effective, you have the right to cancel this policy within five days of receiving this disclosure.  If you cancel coverage, the premium will be prorated and any broker's fee charged for this insurance will be returned to you.**

Name of Surplus Lines Broker : WorldWide Facilities, LLC
License Number: 0414108



## POLICY DECLARATIONS

## EXCESS LIABILITY INSURANCE POLICY

This policy is a claims made and reported policy which covers only claims first made against the insured during the policy period.  The limit of liability available to pay loss, including judgments or settlement amounts, may be reduced by amounts incurred for costs of defense. Further note that amounts incurred for costs of defense may be applied against the applicable retention amount.

Please read this policy carefully.

**Item A**

**Policy Number: ANV142193A**

> **ANV GLOBAL SERVICES INC.**
> **ON BEHALF OF:**
> ASSOCIATED INDUSTRIES INSURANCE COMPANY INC. – 100%
>
> **Policy No.:** ANV142193A

**Renewal of Policy Number: N/A**

**Insurer: Amtrust Underwriters, Inc on behalf of Associated Industries Insurance Company, Inc.**

**Item B**

**Named Insured:**
Lambda, Inc.

**Broker Name:**
Worldwide Facilities, Inc.

**Mailing Address:**
250 Montgomery Street 16th Floor
San Francisco, CA 94104

**Mailing Address:**
450 Sansome Street, Ste 1000
San Francisco, CA 94111

**Item C**

**Policy Period:**

From **July 31, 2020** to **July 31, 2021** at 12:01 A.M. Standard Time at your mailing address shown above.

**Item D**

| LIMITS OF LIABILITY* | AGGREGATE LIMIT |
|---|---|
| Maximum Per **Claim** | $1,000,000 |
| Aggregate All **Claim** | $1,000,000 |

| UNDERLYING LIMITS | |
|---|---|
| Total Underlying Limits | $3,000,000 |

**Item E**

**Notice of Claim or Potential Claim:**

Attn: Claims Department

ANV Global Services, Inc.,
200 Hudson Street, Suite 800
Jersey City, NJ 07311
Email: mgaclaims@anv.us.com

**All other notices**

ANV Global Services, Inc.
200 Hudson Street, Suite 800
Jersey City, NJ 07311
PLUnderwriting@anv.us.com

CA Surplus Lines Tax & Fee Breakdown

| | |
|---|---|
| Premium: | $ 17,600.00 |
| Company Fee: | $ |
| Inspection Fee: | $ |
| 3% State Tax: | $ 528.00 |
| .200% Stamping Fee: | $ 44.00 |
| Broker Fee: | $ |

**Item F**

**Premium: $17,600**



**IN CONSIDERATION OF THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS, CONDITIONS AND EXCLUSIONS OF THIS POLICY, WE AGREE TO PROVIDE THE INSURED WITH THE INSURANCE AS STATED IN THIS POLICY.**

**THESE DECLARATIONS, TOGETHER WITH THE COMPLETED AND SIGNED APPLICATION FOR THIS POLICY INCLUDING INFORMATION FURNISHED IN CONNECTION THEREWITH, AND THE COVERAGE FORM AND ANY ENDORSEMENTS ATTACHED HERETO, CONSTITUTE THE ABOVE NUMBERED INSURANCE POLICY.**

**September 3, 2020**

| **(Date)** | **(Authorized Representative)** |

## Schedule of Underlying Insurance

### Schedule A: Underlying Insurance

**A. Followed Policy:**

| Coverage: | Directors and Officers Liability |
|---|---|
| Carrier: | RSUI Indemnity Company |
| Policy Term: | July 31, 2020 to July 31, 2021 |
| Policy Number: | NPP688513 |
| Limits: | $1,000,000 |

**B. All Other Underlying Policies:**

| Carrier: | Western World Insurance Company |
|---|---|
| Policy Term: | July 31, 2020 to July 31, 2021 |
| Policy Number: | PDX0000148 |
| Limits: | $1,000,000 |
| Excess: | $1,000,000 |

| Carrier: | Hallmark Specialty Insurance Company |
|---|---|
| Policy Term: | July 31, 2020 to July 31, 2021 |
| Policy Number: | 74PV000654-1 |
| Limits: | $1,000,000 |
| Excess: | $2,000,000 |



## Schedule of Forms:

| Form Number: | Description: |
|---|---|
| **ANV PL 1114** | **California State Amendatory** |
| **ANV EX 0001** | **ANV Excess Professional Liability Insurance Policy** |
| **ANV PL 0028** | **Cap On Losses From Certified Acts of Terrorism** |
| **ANV PL 0102** | **U.S. Treasury Department OFAC Advisory Notice** |
| **ANV EX 0049** | **Follow Form Over Specific Coverage Sections** |
| **ANV EX 0070** | **Non Follow Form Endorsement** |
| **ANV EX 0078** | **Pending or Prior Litigation Exclusion** |
| **ANV PL 0098** | **Specific Litigation Event Or Situation Exclusion** |
| **ANV EX 0105** | **Service of Suit Endorsement** |
| **ANV CA 0102** | **Amend Service of Suit - CA - Excess** |

# Contents

*I.    Insuring Agreement*

*II.   Definitions*

*III.  Attachment; Limit of Liability*

*IV.   Underlying Insurance*

*V.    Claims; Notices*

**UNLESS OTHERWISE PROVIDED IN THE FOLLOWED POLICY, THIS IS A CLAIMS MADE AND REPORTED POLICY WITH COSTS OF DEFENSE INCLUDED IN THE LIMIT OF LIABILITY.  COVERAGE APPLIES ONLY TO THOSE CLAIMS THAT ARE FIRST MADE DURING THE POLICY PERIOD AND REPORTED DURING THE POLICY PERIOD OR ANY DISCOVERY PERIOD, IF APPLICABLE.  WORDS PRINTED IN BOLD FACE, OTHER THAN CAPTIONS, ARE DEFINED IN THE POLICY. VARIOUS PROVISIONS IN THIS POLICY RESTRICT COVERAGE. PLEASE READ THE ENTIRE POLICY CAREFULLY.**

# Excess Liability Insurance Policy

In consideration of the payment of the premium and in reliance upon all statements made and information furnished to the **Insurer** shown in the Declarations, including those furnished in the **Application,** and subject to all terms, conditions and limitations of this Policy, the **Insureds** and **Insurer** agree:

*I.  Insuring Agreement*

In consideration of the payment of the premium and in reliance upon all statements made in the Application for this Policy and the **Followed Policy**, including the information furnished in connection therewith, whether directly or through public filings, the **Insurer** agrees to provide insurance coverage to the **Insureds** in accordance with the terms, definitions, warranties, conditions, exclusions and limitations of the **Followed Policy** and, to the extent coverage is further limited or restricted thereby, of any other **Underlying Policy**, except as otherwise provided herein.

*II.  Definitions*

A. The term "**Insurer**" means the insurance company identified in the Declarations.

B. The term "**Followed Policy**" means the policy designated as such in Schedule A of this Policy.

C. The term "**Insureds**" means those individuals and entities insured by the **Followed Policy**.

D. The terms "**Claim**," "**Loss**" and "**Discovery Period**" have the meanings attributed to them, or to comparable terms, in the **Followed Policy**.

E. The term "**Primary Policy**" means the first listed **Underlying Policy** in Schedule A of the Declarations.

F. The term "**Policy Period**" means the policy period set forth in the Declarations, subject to prior termination in accordance with the **Followed Policy**.

G. The term "**Underlying Limit(s)**" means an amount equal to the aggregate of all limits of liability as set forth in Schedule A for all **Underlying Policies**, plus the uninsured retention, if any, applicable under the **Followed Policy**.

H. The term "**Underlying Policy(ies)**" means the **Followed Policy** and all other policies listed in Schedule A of this Policy.

*III.  Attachment; Limit Of Liability*

A. Liability under this Policy shall attach to the **Insurer** only after the insurers of the **Underlying Policies** and/or the **Insureds** shall have paid in legal currency the full amount of the **Underlying Limit**. The aggregate limit of liability set forth in the LIMITS OF LIABILITY section of the Declarations shall be the **Insurer's** maximum liability under this Policy with respect to all covered **Claims** against all **Insureds**.

B. Only in the event of the reduction or exhaustion of the **Underlying Limit** by reason of the insurers of the **Underlying Policies** and/or the **Insureds** paying in legal currency **Loss** covered under the respective **Underlying Policy**, this Policy shall: (i) in the event of reduction, pay excess of the reduced **Underlying Limit**, and (ii) in the event of exhaustion, continue in force as primary insurance; provided always that in the latter event this Policy shall only pay excess of the retention, if any, applicable under the **Primary Policy**, which retention shall be applied to any subsequent **Loss** in the same manner as specified in the **Primary Policy**.

C. Notwithstanding any of the terms of this Policy which might be construed otherwise, this Policy shall drop down only in the event of reduction or exhaustion of the **Underlying Limit** as described above, and shall not drop down for any other reason including, but not limited to, uncollectability (in whole or in part) of any **Underlying Policy**. The risk of uncollectability of the **Underlying Policies** (in whole or in part) whether because of financial impairment or insolvency of an underlying insurer or for any other reason, is expressly retained by the **Insureds** and is not in any way or under any circumstances insured or assumed by the **Insurer**.

D. If any Underlying Policy contains a specific grant of coverage that is subject to a sublimit of liability, then coverage under this Policy shall not apply to any **Claim** which is otherwise subject to such grant of coverage. However, any **Loss** paid under the **Underlying Policies** on account of such **Claim** shall reduce or exhaust the **Underlying Limit**, as provided in Section III.B. above, for purposes of this Policy.

IV. *Underlying Insurance*

A. If the **Underlying Policies** are canceled or terminate during the **Policy Period**, including the **Discovery Period** if exercised, the **Insurer** shall not be liable under this Policy to a greater extent than it would have been had such **Underlying Policies** not been canceled or terminated.

B. To the extent the terms, definitions, conditions, exclusions or limitations of any of the **Underlying Policies** are changed to limit or restrict coverage, this Policy shall become subject to such changes upon the effective date of the change in the **Underlying Policy**. To the extent the terms, definitions, conditions, exclusions or limitations of any of the **Underlying Policies** are changed after the **Underlying Policy** is bound to expand or broaden coverage, this Policy shall become subject to such changes only if and to the extent the **Insurer** agrees to such changes by written endorsement to this Policy and the **Insureds** pay any additional premium reasonably required by the **Insurer** for such changes.

V. *Claims; Notices*

A. The **Insureds** shall, as a condition precedent to their rights under this Policy, give to the **Insurer** written notice of:
(i) any **Claim** at the same time and in the same manner required by the terms and conditions of the **Followed Policy**, regardless of the amount of the **Claim** or the **Underlying Limit** applicable to the **Claim**, and
(ii) any circumstances which could give rise to a **Claim** at the same time and with the same specificity as notice of such circumstances is given under all **Underlying Policies**. To be effective under this Policy, such notice of circumstances shall contain the information required by and shall otherwise

       comply with the terms and conditions of the **Followed Policy** and shall also be given under all **Underlying Policies**.

B. The **Insurer** may, at its sole discretion, participate in the investigation, defense or settlement of any **Claim** or circumstance reported to the **Insurer** under this Policy even if the **Underlying Limit** has not been exhausted.

C. All notices under this Policy shall be in writing and given by prepaid express courier, certified mail or fax properly addressed to the appropriate party.  Notice to the **Insureds** may be given to the Parent Company at the address as shown in the Named Insured section of the Declarations.  Notice to the **Insurer** of any **Claim** or potential **Claim** shall be given to the **Insurer** at the address set forth in the Notices to Insurer section of the Declarations.  All other notices to the **Insurer** under this Policy shall be given to the **Insurer** at the address set forth in Notices to Insurer section of the Declarations.  Notice given as described above shall be deemed to be received and effective upon actual receipt thereof by the addressee or one day following the date such notice is properly sent, whichever is earlier.  Any notice to an insurer of an **Underlying Policy** shall not constitute notice to the **Insurer** unless also given to the **Insurer** as provided in this Section V.C.

comply with the terms and conditions of the **Followed Policy** and shall also be given under all **Underlying Policies**.

B. The **Insurer** may, at its sole discretion, participate in the investigation, defense or settlement of any **Claim** or circumstance reported to the **Insurer** under this Policy even if the **Underlying Limit** has not been exhausted.

C. All notices under this Policy shall be in writing and given by prepaid express courier, certified mail or fax properly addressed to the appropriate party.  Notice to the **Insureds** may be given to the Parent Company at the address as shown in the Named Insured section of the Declarations.  Notice to the **Insurer** of any **Claim** or potential **Claim** shall be given to the **Insurer** at the address set forth in the Notices to Insurer section of the Declarations.  All other notices to the **Insurer** under this Policy shall be given to the **Insurer** at the address set forth in Notices to Insurer section of the Declarations.  Notice given as described above shall be deemed to be received and effective upon actual receipt thereof by the addressee or one day following the date such notice is properly sent, whichever is earlier.  Any notice to an insurer of an **Underlying Policy** shall not constitute notice to the **Insurer** unless also given to the **Insurer** as provided in this Section V.C.

# Insured Education Document

**Representative of the Insurer**

ANV Global Services, Inc., (200 Hudson Street , Suite 800, Jersey City, NJ 07311) shall act on behalf of the Insurer for all purposes including, but not limited to, the giving and receiving of all notices and correspondence, provided, however, notice of Claims shall be given pursuant to Section VII of the Policy.

**Insurer**

This Policy is underwritten by Amtrust Underwriters, Inc on behalf of Associated Industries Insurance Company, Inc.

**Law**

All matters arising hereunder including questions related to the validity interpretation, performance and enforcement of this Policy shall be determined in accordance with the law and practice of the State of New York notwithstanding New York's conflicts of law rules.

**Queries**

Any query or question about this Policy or any claim under it should be addressed in the first instance to your broker.

**Complaints**

ANV aims to provide a professional service to its customers. Should you have any questions or concerns about your Policy or the handling of a Claim you should, in the first instance, contact your broker.  If your broker does not provide you with a satisfactory response, please contact ANV Global Services, Inc., at 200 Hudson Street, Suite 800, Jersey City, NJ 07311, email: PLUnderwriting@anv.us.com or for any Claims matters, Attn: Claims Department at the same address.  The Claims Department email is: MGAClaims@anv.us.com.  In the event that you remain dissatisfied and wish to make a complaint, please contact ANV´s compliance department at anvcomplaintsMGU@anv.eu.com.



| | |
|---|---|
| Endorsement No:  1 | Policy Number:  ANV142193A |

Named Insured:   Lambda, Inc.

Endorsement Effective Date:   July 31, 2020

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM**

This endorsement modifies insurance provided under the following:

**EMPLOYMENT PRACTICES LIABILITY INSURANCE POLICY**
**EXCESS PROFESSIONAL LIABILITY POLICY**
**NOT FOR PROFIT ORGANIZATION MANAGEMENT LIABILITY INSURANCE POLICY**
**PRIVATE COMPANY MANAGEMENT LIABILITY INSURANCE POLICY**
**PUBLIC COMPANY MANAGEMENT LIABILITY INSURANCE POLICY**
**SIDE-A DIRECTORS AND OFFICERS LIABILITY INSURANCE POLICY**

In consideration of the premium charged, it is agreed by the **Insured** and **Insurer** that this policy is amended as follows:

**A.** If aggregate insured losses attributable to terrorist acts certified under the federal Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**1.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**2.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this Coverage Part.

All other terms, conditions and exclusions under the policy are applicable to this endorsement and remain unchanged.

| | |
|---|---|
| Endorsement No:   2 | Policy Number:   ANV142193A |

Named Insured:   Lambda, Inc.

Endorsement Effective Date:   July 31, 2020

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN
ASSETS CONTROL ("OFAC")
ADVISORY NOTICE TO POLICYHOLDERS**

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.
This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as ''Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site — http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

Endorsement No:   3                                                                                         Policy Number:   ANV142193A

Named Insured:   Lambda, Inc.

Endorsement Effective Date:   July 31, 2020

# THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.
# FOLLOW FORM OVER SPECIFIC COVERAGE SECTIONS

This endorsement modifies insurance provided under the following:

**EXCESS PROFESSIONAL LIABILITY INSURANCE POLICY**

In consideration of the premium charged, it is agreed by the **Insured** and **Insurer** that this Policy shall provide coverage excess over the following coverage sections of the **Followed Policy** only:

| **Followed Policy** Coverage Sections: | Directors and Officers Liability |
|---|---|

Coverage under this Policy shall not apply to any **Claim** which is otherwise subject to any other grant of coverage or coverage section of the **Underlying Policies**. However, in the event that the not followed coverage shares a single aggregate Limit of Liability with the covered section, any **Loss** paid under the **Underlying Policies** on account of such **Claim** shall reduce or exhaust the **Underlying Limit**, as provided in the UNDERLYING INSURANCE section of this Policy.

All other terms, conditions and exclusions under the policy are applicable to this endorsement and remain unchanged.

Endorsement No:   4                                          Policy Number:   ANV142193A

Named Insured:   Lambda, Inc.

Endorsement Effective Date:   July 31, 2020

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.
### NON FOLLOW FORM ENDORSEMENT

This endorsement modifies insurance provided under the following:

**EXCESS PROFESSIONAL LIABILITY INSURANCE POLICY**

| Excluded Endorsements of the Followed Policy |
| --- |
| Employment Practices Liability |

In consideration of the premium charged, it is agreed by the **Insured** and **Insurer** that, notwithstanding the terms and conditions of the **Followed Policy** this Policy shall not follow coverage as is afforded under any endorsement(s) designated in the above shown schedule of the **Followed Policy.**

The **Insurer** shall not be obligated to pay any **Loss** arising from a Wrongful Act or related Wrongful Acts as may be insured by reason of any endorsement(s) designated in the above shown schedule of the **Followed Policy.**

However, in the event that the not followed coverage shares a single aggregate Limit of Liability with the covered section, any **Loss** paid under the **Followed Policy** on account of such **Claim** shall reduce or exhaust the **Underlying Limit**, as provided in the UNDERLYING INSURANCE section of this Policy.

All other terms, conditions and exclusions under the policy are applicable to this endorsement and remain unchanged.

| | |
|---|---|
| Endorsement No:   5 | Policy Number:   ANV142193A |

Named Insured:   Lambda, Inc.

Endorsement Effective Date:   July 31, 2020

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.
## PENDING OR PRIOR LITIGATION EXCLUSION

This endorsement modifies insurance provided under the following:

**EXCESS PROFESSIONAL LIABILITY INSURANCE POLICY**

| Pending or Prior Litigation Date: | July 31, 2020 |
|---|---|

In consideration of the premium charged, it is agreed by the **Insured** and **Insurer** that the **Insurer** shall not be liable for **Loss** resulting from any **Claim** based upon, arising out of, or attributable to any civil or criminal demand, suit or proceeding pending, or order, decree or judgment entered, against any **Insured** on or prior to the date specified above or the same or substantially the same fact, circumstance or situation underlying or alleged therein.

All other terms, conditions and exclusions under the policy are applicable to this endorsement and remain unchanged.

Endorsement No:   6                                                                             Policy Number:   ANV142193A

Named Insured:   Lambda, Inc.

Endorsement Effective Date:   July 31, 2020

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## SPECIFIC LITIGATION EVENT OR SITUATION EXCLUSION

This endorsement modifies insurance provided under the following:

**EMPLOYMENT PRACTICES LIABILITY INSURANCE POLICY**
**EXCESS PROFESSIONAL LIABILITY INSURANCE POLICY**
**PRIVATE COMPANY MANAGEMENT LIABILITY INSURANCE POLICY**
**PUBLIC COMPANY MANAGEMENT LIABILITY INSURANCE POLICY**

| SCHEDULE OF EXCLUDED LITIGATION, EVENT(S), OR SITUATION(S) |
| --- |
| Ben Nelson Matter |

In consideration of the premium charged, it is agreed by the **Insured** and **Insurer** that the **Insurer** shall not be liable for any **Loss** in connection with any **Claim(s)** directly or indirectly related to, based upon, attributable to or arising out of, in whole or in part, including the prosecution, settlement, disposition, resolution or defense of, the litigation, event or situation designated in the SCHEDULE shown above including but not limited to, any **Claim** for financial loss to the **Company**, its security holders or its creditors.

It is further agreed that the **Insurer** shall not be liable for any **Loss** in connection with any **Claim** alleging, arising out of, based upon, attributable to or in any way related directly or indirectly, in part or in whole, to a **Related Wrongful Act**, regardless of whether or not such **Claim** involved the same or different **Insureds**, the same or different legal causes of action or the same or different claimants or is brought in the same or different venue or resolved in the same or different forum.

All other terms, conditions and exclusions under the policy are applicable to this endorsement and remain unchanged.

| | |
|---|---|
| Endorsement No:   7 | Policy Number:   ANV142193A |

Named Insured:   Lambda, Inc.

Endorsement Effective Date:   July 31, 2020

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.
## SERVICE OF SUIT ENDORSEMENT

This endorsement modifies insurance provided under the following:

**EXCESS PROFESSIONAL LIABILITY INSURANCE POLICY**

In consideration of the premium charged, it is agreed by the **Insured** and **Insurer** that the service of process in any **Claim** or suit on the policy against ANV Global Services, Inc. may be made upon the highest one in authority bearing the title "Commissioner", "Director" or "Superintendent" of Insurance of the state or commonwealth wherein the policy is issued.  The one in authority bearing the title "Commissioner", "Director" or "Superintendent" of Insurance of the state or commonwealth wherein the policy is issued is hereby authorized and directed to accept service of process on our behalf in any such **Claim** or suit.

All other terms, conditions and exclusions under the policy are applicable to this endorsement and remain unchanged.

Service suit                                                                                                                                           Page 1 of 1

Endorsement No:   8                                                                    Policy Number:   ANV142193A

Named Insured:   Lambda, Inc.

Endorsement Effective Date:   July 31, 2020

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**AMENDED SERVICE OF SUIT CLAUSE - CALIFORNIA**

This endorsement modifies insurance provided under the following:

**EXCESS PROFESSIONAL LIABILITY INSURANCE POLICY**

In consideration of the premium charged, it is agreed by the **Insured** and **Insurer** that the **Insurer's** representatives are authorized and directed to accept service of process on behalf of the **Insurer** in any suit on the Policy against the **Insurer**. The service of process in any **Claim** or suit on the Policy against the **Insurer** may also be made upon the following service of suit nominee:

Wilson, Elser, Moskowitz, Edelman & Dicker
555 S. Flower Street, Suite 2900
Los Angeles, California 90071

Said service of suit nominee is authorized to mail such process or a true copy thereof to the **Insurer's** representatives.

All other terms, conditions and exclusions under the policy are applicable to this endorsement and remain unchanged.